UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Violation Notice: H5010320 |
| ILIA KOTZEV | : | **ORDER FOR DISMISSAL** |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses Violation No. H5010320 against defendant Ilia Kotzev, which was filed on March 18, 2015 charging him with possessing a knife over 2.5 inches, for the reason that prosecution of defendant Ilia Kotzev, is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice, and is pending the successful completion by defendant Ilia Kotzev of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_Paul J. Fishman/MET_
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_[signature]_
HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 8/27/15